IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PETER J. SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:24-cv-174-RAH |
| | ) | |
| KAY IVEY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## **ORDER**

On May 21, 2024, the Magistrate Judge recommended this case be dismissed without prejudice.  (Doc. 6.)  On June 3, 2024, Plaintiff Peter Smith filed an objection where he argues that his damages exceed $20.00.  (Doc. 7.)  However, Magistrate Judge Kelly Pate recommended dismissal because of a failure by the Plaintiff to pay the required filing fee or complete and file the Court's long-form application to proceed in forma pauperis.

When a party objects to a Magistrate Judge's Report and Recommendation, the district court must review the disputed portions *de novo.* 28 U.S.C. § 636(b)(1). The district court "may accept, reject, or modify the recommended disposition; receive further evidence; or resubmit the matter to the magistrate judge with instructions." Fed.R.Civ.P. 72(b)(3). *De novo* review requires that the district court

independently consider factual issues based on the record. *Jeffrey S. ex rel. Ernest S. v. State Bd. of Educ.*, 896 F.2d 507, 513 (11th Cir. 1990). *See also United States v. Gopie,* 347 F. App'x 495, 499 n.1 (11th Cir. 2009). However, objections to the Magistrate Judge's Report and Recommendation must be sufficiently specific in order to warrant *de novo* review. *See Macort v. Prem, Inc.,* 208 F. App'x 781, 783-85 (11th Cir. 2006). Otherwise, a Report and Recommendation is reviewed for clear error. *Id.*

Upon an independent review of the record, it is **ORDERED** as follows:

1. The Objection (Doc. 7) is **OVERRULED**;

2. The Recommendation (Doc. 6) is **ADOPTED**.

3. This is action is **DISMISSED WITHOUT PREJUDICE.**

A separate final judgment will follow.

DONE, on this the 28th day of June 2024.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE